Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of cast-iron trivets with ceramic tile centers, which are permanently joined, in chief value of the metal portion, and used chiefly in the household for utilitarian purposes, the claim of the plaintiff was sustained.

**No. 67561.**—Manca, Inc. *v.* United States, protest 61/3275 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of mercury vapor lamps used for illuminating purposes, composed wholly or in chief value of iron or steel, the claim of the plaintiff was sustained.

**No. 67562.**—Manca, Inc. *v.* United States, protest 61/10391 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles, described on the invoice as "Monla lamps," are lamps provided with a special stand of their own; that they can be used not only as light source for microscopes, but also as light source for a great many other devices; and that they have no special fittings for the purpose of attaching them to a microscope, the claim of the plaintiff was sustained.

**No. 67563.**—Charles C. Merzbach Co., Inc. *v.* United States, protest 59/26317 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Faller Houses" similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.

**No. 67564.**—Morris Friedman *v.* United States, protest 62/7967 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber tree corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 67565.—Morris Friedman v. United States, protest 62/9278 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of vegetable fibers similar in all material respects to those the subject of Abstract 66093, the claim of the plaintiff was sustained.

No. 67566.—Manca, Inc. v. United States, protest 61/5795 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles, described on the invoice as "Single magazines for Projection Prado," are magazines accepting 30 slides for storing or for projection purposes, which are in chief value of base metal, the claim of the plaintiff was sustained.

No. 67567.—Advance Pet Supply Co. et al. v. United States, protests 61/14851, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

No. 67568.—Advance Pet Supply Co. v. United States protests 62/14150 and 62/14151 (New York).